**HOEFLER & STOECKLEIN CO., Plaintiff-Appellee, v. PIONEER BUILDINGS OF OHIO, INC. et, FRANK C. CLEMENS PLUMBING CO., Defendants-Appellants.**

Ohio Appeals, Second District, Montgomery County.

No. 2089.   Decided March 28, 1950.

Curtner, Brenton & Benjamin, J. Paul Brenton, of Counsel, Dayton, for The Hoefler & Stoecklein Co., Plaintiff-Appellee.

Shaman, Winer & Shulman, Paul Ziegler, of Counsel, Dayton, for J. W. Bickel, one of the defendants-appellants.

## OPINION

By THE COURT:

Submitted on motion to dismiss the appeal on the ground that no bill of exceptions, assignments of error or briefs had been filed in accordance with Rule VII. Rule VII has no application to appeals on law and fact. Appeals on law and fact are controlled by Rule V.

Motion to dismiss is hereby overruled.

MILLER, PJ, HORNBECK and WISEMAN, JJ, concur.